IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE HARRIS, ADC #81036                                                                    PETITIONER

v.                                          NO. 5:10CV00005 JLH

RAY HOBBS, Interim Director of the
Arkansas Department of Correction                                                    RESPONDENT

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Joe Harris is dismissed.  His motion for commutation relief, see Document 3, and all other requested relief is denied.  Judgment will be entered for respondent Ray Hobbs.

IT IS SO ORDERED this 6th day of April, 2010.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE