IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE HARRIS, ADC #81036                                                    PETITIONER

v.                              NO. 5:10CV00005 JLH

RAY HOBBS, Interim Director of the
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Joe Harris is dismissed.

IT IS SO ORDERED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE